**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| LUCY REED | CIVIL ACTION NO. 08-306 |
| VERSUS | JUDGE MELANÇON |
| VINCENT SYKES, ET AL | MAGISTRATE JUDGE HILL |

**JUDGMENT**

Before the Court is the parties' Joint Motion to Dismiss [Rec. Doc. 26]. Having considered the motion and the record before the Court, it is

**ORDERED** that this action is hereby **DISMISSED** with each party to bear its own costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

**THUS DONE AND SIGNED** this 13th day of August, 2009 in Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge